| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED CLERK, U.S. DISTRICT COURT 02/08/2021 CENTRAL DISTRICT OF CALIFORNIA BY: LM DEPUTY | 18CR02307-001-AJB |
| | | TRANSFER-IN-DOCUMENTS |
| | | DOCKET NUMBER (Rec. Court) |
| | | ED21CR00020 JGB |

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| William Edward Bearman | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE | |
| | Anthony J. Battaglia U.S. District Judge | |
| | DATES OF | FROM | TO |
| | Supervised Release | January 8, 2020 | January 7, 2023 |

**OFFENSE**

21 U.S.C. §§ 952 and 960, Importation of Cocaine, a Class A felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/25/21
Date

Anthony J. Battaglia
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

02-05-2021
Effective Date

United States District Judge

mtn for FYF
#4770603